HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
STEVEN GOLOB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:13-mj-00081 MJS-1 |
| Plaintiff, | **STIPULATION FOR DEFENDANT TO APPEAR TELEPHONICALLY; ORDER THEREON** |
| vs. | |
| STEVEN GOLOB | Date:  March 11, 2014 |
| Defendant. | Time:  10:00 a.m. |
| | Judge:  Hon. Michael J. Seng |

The parties hereto, through their respective attorneys of record, stipulate and thereby jointly move this Court to permit the defendant, Steven Golob, to waive his right to be personally present at his change of plea and sentencing hearing at the above-mentioned date, and instead appear telephonically.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).  Mr. Golob agrees that his interests shall be represented at all times by the presence of his attorney of record, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present.

///

///

///

///

Mr. Golob has agreed to enter a guilty plea to a violation of 36 C.F.R. 2.32(a)(2), Count 2 in the Criminal Complaint.  The parties expect to make a joint sentencing recommendation for a $600 fine and 12 months of unsupervised probation.  Mr. Golob resides in Maryland and it would be prohibitively burdensome to fly from Maryland to California to appear in person.

Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated: March 3, 2014        /s/ Matthew McNease
MATTHEW MC NEASE
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Dated: March 3, 2014        /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
STEVEN GOLOB

**O R D E R**

IT IS SO ORDERED.

Dated:   March 4, 2014            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE